No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See *post,* p. 869.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TABU RIVERA, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PETER SAMET, Appellant.—

Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

■

GEORGE W. RAINESS, Respondent, v. ORSON'S INC., et al., Appellants.—

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

WILLIAM D. STIGER, Appellant, v. VILLAGE OF HEWLETT BAY PARK et al., Respondents.—